UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

————

No. 6:24-cv-00403

————

**Tony Orlando Franklin,**
*Plaintiff,*

v.

**Kenneth Biggs,**
*Defendant.*

————

# ORDER

Plaintiff, a prisoner confined within the Texas Department of Criminal Justice proceeding pro se and in forma pauperis, filed this civil rights lawsuit under 42 U.S.C. § 1983. Doc. 1. The case was referred to a magistrate judge (Doc. 3), who issued a report recommending that plaintiff's lawsuit be dismissed without prejudice for plaintiff's failure to prosecute his lawsuit. Doc. 14. No party filed written objections.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's lawsuit it dismissed without prejudice for plaintiff's failure to prosecute.

*So ordered by the court on February 20, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -